# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

BRANDY BOND,

    Plaintiff,

v.

MILWAUKEE POLICE DEPARTMENT and MARCUS CORPORATION,

    Defendants.

Case No. 19-CV-30-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff Brandy Bond's objections to Magistrate Judge Nancy Joseph's report and recommendation (Case No. 19-CV-29, Docket #6) be and the same are hereby **OVERRULED** to the extent that they pertain to this action;

    **IT IS FURTHER ORDERED AND ADJUDGED** that Magistrate Judge Nancy Joseph's report and recommendation (Docket #5) be and the same is hereby **ADOPTED**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED**.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

February 13, 2019
Date

*s/ Jodi L. Malek*
By: Deputy Clerk